# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr380

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **(2) GERMAN MARTINEZ GARCIA** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Count Twelve of the Indictment (#32). The motion does not reflect that defendant has been consulted or consents to the motion. Pursuant to Local Rule 47.1(E), however, the time for filing a response has run. Having carefully considered the motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#32) is **GRANTED** and the charges contained in Count Twelve of the Indictment are **DISMISSED** without prejudice.

Signed: May 3, 2013

_____
Max O. Cogburn Jr.
United States District Judge